1  DONALD AMAMGBO, ESQ.
2  AMAMGBO & ASSOCIATES
   7901 Oakport Street, Suite 4900
3  Oakland, California 94621
   Telephone:  (510) 615-6000
4  Facsimile:  (510) 615-6025

5  REGINALD TERRELL, ESQ.
   THE TERRELL LAW GROUP
6  223 25th Street
   Richmond, California 94804
7  Telephone:  (510) 237-9700
8  Facsimile:  (510) 237-4616

9

10 *Counsel for Plaintiff*
   JEFFREY ENEBELY
11

12              IN THE UNITED STATES DISTRICT COURT
13
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16 JEFFREY ENEBELY, individually and on          **CLASS ACTION COMPLAINT**
   behalf of all others similarly situated,
17
18              Plaintiff,
                                                 **<u>JURY TRIAL DEMANDED</u>**
19       v.

20 eBay, INC.,

21              Defendant.

22

23

24

25

26

27

28

ORIGINAL
F I L E D

JUL 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

PVT

CLASS ACTION COMPLAINT

# TABLE OF CONTENTS

I.      INTRODUCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II.     JURISDICTION AND VENUE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

III.    PARTIES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

IV.     FACTUAL ALLEGATIONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

        A.      eBay Possesses Monopoly Power in the Online Auction Market. . . . . . . . . . . 4

        B.      eBay Possesses Monopoly Power in Online Payment Systems for Use with Online
                Auctions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

        C.      eBay's Anticompetitive Activities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

                1.      eBay Acquires Its Competitors. . . . . . . . . . . . . . . . . . . . . . . . . . 7

                2.      eBay Forces Sellers to Use Both PayPal's Stored-Value Payment
                        System and payment cards. . . . . . . . . . . . . . . . . . . . . . . . . . . 9

                3.      eBay's Blocks Competitor Google From Online Auctions. . . . . . . . . . 12

                4.      eBay Continues to Steer Sellers and Buyers to Use PayPal. . . . . . . . . .14

V.      INTERSTATE TRADE AND COMMERCE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

VI.     RELEVANT MARKETS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

VII.    CLASS ACTION ALLEGATIONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

VIII.   CLAIMS FOR RELIEF. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

IX.     PRAYER FOR RELIEF. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

X.      JURY DEMAND. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Plaintiff Jeffrey Enebely, individually and on behalf of a class of all those similarly situated, bring this action for damages and injunctive relief under the antitrust laws of the United States and applicable California law, demanding a trial by jury, and complaining and alleging, upon personal knowledge as to their own actions and upon information and belief with respect to all other allegations, as follows:

## I.    INTRODUCTION

1.    This is an antitrust class action brought under section 2 of the Sherman Act. Plaintiff alleges that by use of illegal tie-in and steering practices, Defendant eBay, Inc. ("eBay"), has acted, through various abusive methods, to maintain its monopoly in the online auction market. As a part of this scheme to abuse its monopoly position included Defendant eBay's acquisition of competitors, acting PayPal, Inc. ("PayPal") to monopolize the forms of payment sellers can use on eBay, and banning competition in an attempt to maintain its dominance in the online auction market.

2.    Beginning in 2002, when PayPal was seen as a threat through its growing online payment system, eBay acquired PayPal eliminating competition, and simultaneously expanding its market dominance. eBay possesses monopoly power in online auction markets. It is estimated eBay controls 90% of the online auction market.

3.    eBay has maintained its monopoly by tying its PayPal person-to-person stored-value payment system (tying product) to the acceptance of payment cards (tied product).[1] That is once a seller states he will accept cash or cash equivalent payment through PayPal, eBay rules *require* the seller also to accept payment cards using PayPal.

4.    These services are entirely separate payment systems. eBay's forced tying of these products together results in substantially higher costs to sellers and also serves to maintain eBay's monopoly in both the online auction market and the online payment system for use with online auctions.

5.    eBay has also acted to specifically exclude competitors from online payment ststems markets. In 2005, eBay acquired Verisign, Inc. ("Verisign"), an online processor of credit card

---

[1]    "Payment cards" or "Payment card" refers to transaction with credit, debit, or charge accounts, such as Visa or MasterCard.

1  payments.  eBay's acquisition of Verisign significantly expanded competitor in the online payment

2  systems market that was used within the online auction market.

3      6.    In 2006, Google, Inc. ("Google") announced it would be entering the online payment

4  system market, with a product called Google Checkout.  Within *three days* of Google's

5  announcement, eBay announced that sellers would be banned from using Google Checkout.

6  Furthermore, any disobedience would result in listing cancellation, loss of seller status on eBay and

7  or account suspension.

8      7.    eBay's anticompetitive practices have resulted in the substantial lessening of

9  competition and/or the obtaining of a monopoly through mergers in the market for online payment

10  systems used in online auctions.

11     8.    Defendant's conduct violates section 2 of the Sherman Act.  Because Plaintiff and the

12  other class members have been and are being damaged by having to pay substantially higher fees

13  than they would otherwise pay.

14              **II.    JURISDICTION AND VENUE**

15     9.    This complaint is filed to prevent and restrain violations of Section 2 of the Sherman

16  Act, 15 U.S.C. § 2.  This Court has jurisdiction of the federal antitrust law claims alleged herein

17  pursuant to 28 U.S.C. §§ 1331, 1337, 2201 and 2202.

18     10.    Venue in this district is proper pursuant to 28 U.S.C. § 1391 and 15 U.S.C. §§ 15, 22

19  and 26.  Defendant transacts business and its principal place of business is in this district.  The

20  interstate trade and commerce involved and affected by the alleged violations of the antitrust laws

21  was and is carried on in part within this district.  The acts complained of have had, and will have,

22  substantial anticompetitive effects in this district.

23              **III.    PARTIES**

24     11.    Plaintiff Jeffrey Enebely is a resident of Oakland, Alameda County, California.  He

25  has been an active seller on eBay since 2000 approximately.  He has both a Personal and a Premier

26  PayPal account.  Plaintiff Enebely has been injured by eBay's anticompetitive practices because, as

27  a seller on eBay and a PayPal user, he has been forced to pay artificially inflated and

28  supracompetitive fees to eBay.

1    12.    Defendant eBay is a Delaware corporation with its principal executive offices located

2    at 2145 Hamilton Avenue, San Jose, California 95125.  eBay provides online marketplaces for the

3    sale of goods and services, online payment services, and online communications serving a diverse

4    community of individuals and businesses.  eBay's website enables sellers to list items for sale in

5    either auction or a fixed-price format and for buyers to bid for and purchase the items.  This action

6    concerns auctions held on eBay.com initiated by sellers in the United States.

7                              IV.    **FACTUAL ALLEGATIONS**

8        **A.    eBay Possesses Monopoly Power in the Online Auction Market**

9        13.    Even before its acquisition of PayPal in 2002, eBay has and maintained dominance in

10    the online auction market.  eBay is the largest online auction house in the United States and its name

11    has become synonymous with online auctions.  eBay describes itself as "The World's Online

12    Marketplace® for the sale of goods and services by a diverse community of individuals and small

13    businesses'.

14        14.    Because of eBay possesses monopoly power in the online auction market.  Although

15    eBay offers different services, "[a]t the core of our Marketplaces platform are our traditional auction

16    format listings, in which a seller will select a minimum price for opening bids, with the option to set

17    a reserve price for the item, which is the minimum price at which the seller is willing to sell the

18    item."

19        15.    eBay's growth has been explosive in the last decade.  As described in its' 2006 10-K,

20    in the last three years alone, eBay's active users increased from 56.1 million in 2004, to 71.8 million

21    in 2005, reaching 81.8 million in 2006.  Its gross merchandise volume, that is the total value of all

22    successfully closed items, increased from $34.168 billion in 2004 to $52.474 billion in 2006.

23        16.    eBay's dominant position in the online auction market results in part from the

24    inherent nature of the market for online auctions, *i.e.,* the "network effect."  The "network effect"

25    occurs when companies "have locked in a large customer base – one that remains loyal because of

26    the effort and exposure involved in switching platforms.  It also discourages potential rivals, who

27

28

know they will face a difficult time winning worthwhile market share."[2]  eBay's dominance as an outline auctioneer is essentially self-fulfilling: because it has the largest amount of buyers and sellers in a single place, it is the place where most buyers and sellers will gravitate to sell their goods and services.  This, in the aggregate, makes the barrier to entry extremely high.

17.    The power of this network effect was displayed by the recent failures of several other auction websites.  For example, Yahoo!, a major internet company, failed to enter successfully the online auction market, even when it tried to do so by charging nothing for listing items.  It failed again when it charged for listings – and has failed the third time in reverting back to charging nothing.

### B.    eBay Possesses Monopoly Power In Online Payment Systems for Use with Online Auctions

18.    eBay possesses a dominant market position in online payment systems used with online auctions through its subsidiary, PayPal, a money transfer agent.  To use PayPal, customers (buyers) set up an account with their credit card or bank-account details, fill out a payment amount and the e-mail address of the recipient, and send the payment via the internet to PayPal.  If the recipient (seller) does not have an account, he or she opens one to collect the payment.

19.    PayPal only accepts two types of payments methods:

a.    Payment via stored-value payments, *i.e.,* direct transfers from a buyer's bank account; and

b.    Payment via credit and charges cards, such as Visa, MasterCard, American Express, Discover, and debit cards, such as VisaCheck and MasterMoney.

20.    Except for sellers who have their own merchant accounts that allow them to accept payment cards, the payment methods for individual and merchant sellers are limited to PayPal, money order, and personal check/cashier's check.

21.    In practice, money orders or checks are much less used on eBay than PayPal accounts.  Not only does eBay actively discourage the use of money orders or checks, but using

---

[2]    *See* Armit Tewary, "It's Hard to Beat 'Network Effects,'" available at
http://www.businessweek.com/investor/content/feb2003/pi20030228_4861_pi044.htm (dated Feb. 28, 2003).

1   these methods means that the product will not be shipped until the money has settled in the seller's

2   account.  Thus, neither of these alternative payment methods are as commercially viable as PayPal

3   because: (1) eBay discourages their use; (2) the risks involved in paying a stranger by check before

4   receiving the product; (3) money orders and checks especially create significant delays in the receipt

5   and use of funds because of mail and clearance; and (4) it delays the buyer's receipt of the purchased

6   product.

7        22.     According to eBay's 2006 10-K, PayPal's revenues and user base continue to climb

8   annually.  PayPal's net transaction revenues increased 40% in 2006 and 47% in 2005 when

9   compared to prior years.

10       **C.**     **eBay's Anticompetitive Activities**

11            **1.**     **eBay Acquires Its Competitors**

12

13       23.     In order to maximize the number of bidders on a product, it is in the seller's interest

14  to provide as many payment means as possible.  eBay's dominant position in the market for online

15  payment systems for use with online auctions, and use of affirmative anticompetitive activities, has

16  ensured, however, that there are functionally no other real choices for online payment on eBay

17  besides PayPal.

18       24.     In April 1999, eBay acquired Billpoint of online payment system.  In March 2000,

19  eBay launched Billpoint, but it failed in gaining any market share against other online payment

20  system, PayPal.

21       25.     From 1999 until 2002, when eBay acquired PayPal, eBay engaged in the following

22  anticompetitive practices to extinguish PayPal as a competitor:

23            a.     Banning PayPal from eBay's community boards;

24            b.     Referring to Billpoint's payment service as "eBay Payments";

25            c.     Funneling buyers to Billpoint, thereby giving the impression that the eBay

26                 payment format, known as "buy it now," accepted only Billpoint payments;

27

28

CLASS ACTION COMPLAINT

d.    Declaring that sellers were required either to have a credit card merchant account and or accept Billpoint to be included in eBay stores, *de facto* excluding PayPal as a payment option;

e.    Giving preferential placement to Billpoint on eBay's end-of-auction e-mails;

f.    Replacing saved preferences for PayPal with Billpoint preferences; and

g.    Mandating that buyers use a "checkout" feature that presented marketing materials promoting Billpoint and even took the buyer to a Billpoint payment form.

26.    eBay's anticompetitive conduct caused PayPal's management to threaten an antitrust lawsuit against eBay for engaging in an illegal bundling strategy. PayPal also filed a complaint with the Department of Justice and with the Federal Trade Commission.

27.    Commentators noted "PayPal has been a thorn in eBay's side since it debuted in late 1999." Although PayPal allowed buyers to make payments electronically, and made auctions more user-friendly, "at the same time eBay always chafed at seeing another company making money on its own site."[3]

28.    In 2002, eBay acquired PayPal. One of the conditions of eBay's purchase of PayPal was that eBay would shut down Billpoint, PayPal's chief competitor. Thus, the acquisition by eBay of PayPal had the effect of eliminating competition in the market for online payment services.

29.    In 2002, prior to its acquisition by eBay, PayPal stated it handled payment for one in four winning auctions on eBay. At the time, analysts noted eBay's desire to boost the use of electronic payments for auctions, and reasoned it was easier for eBay to buy its rival than to beat it.[4] CEO Whitman, in justifying the PayPal acquisition, stated that at the time, about 40 percent of eBay transaction are settled with electronic payments, a figure she hopes to "increase dramatically" with the PayPal acquisition.[5]

---

[3]    *See* "eBay's New Pal," found at http://www.fool.com/news/take/2002/take020708.htm (dated July 8, 2002).
[4]    *See* Margaret Kane, "eBay Picks up PayPal for $1.5 Billion," available at http://news.com.com/2100-1017-941964.html (dated July 8, 2002).
[5]    *Id.*

7

CLASS ACTION COMPLAINT

30.    At the time of the eBay acquisition of PayPal, analysts acknowledged the acquisition constituted the joining of two dominant forces in the online payment and online auction markets.

### 2.    eBay Forces Sellers to Use Both PayPal's Stored-Value Payment System and payment cards

31.    PayPal allows its buyer members to register bank account and payment card account information for use in later transactions. If a member buys merchandise through eBay, the buyer can make payment by advising PayPal from which bank and or payment card account payment should be made.

32.    PayPal's services is not a single, integrated product. It can be, and has been, divided into separate payment mechanisms. If allowed to compete, other providers of payment systems would offer the two payments untied. Billpoint, for example, once offered payment card services (Visa) without fees. And before eBay acquired it in 2002, PayPal itself allowed eBay sellers to limit PayPal payments to bank-transfers.

33.    PayPal has three types of seller accounts, "Personal," "Premier," and "Business." Pursuant to the User Agreement for PayPal Service, to use the PayPal service, a seller "must register for a Personal, Premier, or Business account." In addition, "Users may only hold one Personal account and either a Premier or a Business account."

34.    In February 2005, eBay changed PayPal's policies to require sellers with Premier and or Business accounts to offer and accept payment card transactions. This had the effect of requiring all sellers using PayPal to pay fees for both payment card transactions and stored-value payment transactions.

35.    eBay, therefore, requires all sellers who wish to accept any payment method via PayPal to accept all payment methods, *i.e.*, both money transfers and payment card account payments. Sellers may not limit payments via PayPal to only bank transfers to their personal accounts. Attempts to do so result in warnings from eBay that doing so against would result in the suspension of their accounts.

36.     eBay trumpets the tying of its persons-to-person stored-value payment system to its acceptance of payment cards on its website. In its "Rules for Listings," eBay states "sellers cannot . . . [c]ommunicate to buyers that they accept, or will not accept, specific forms of PayPal payment."[6]

37.     Similarly, PayPal's User Agreement states sellers who offer PayPal as a payment *must* accept payment cards as payment:

> 4.3     Use of PayPal on eBay. Sellers who offer PayPal as a payment method in their eBay listings (either via logos or through text in the item description) *must accept Card Funded Payments.* Sellers must have a Premier or Business PayPal Account, or be willing to upgrade from a Personal Paypal Account to a Premier or Business Account upon receipt of a Card Funded Payment. Sellers may not communicate to buyers that they only accept Balance/Bank Funded Payments, or will not accept Card Funded Payments, eCheck is the only Funding Source that eBay Sellers are allowed to block.[7]

38.     Violations of this tying policy results in a range of actions, including:

- Listing cancellation
- Forfeiture of eBay fees on cancelled listings
- Limits on account privileges
- Loss of PowerSeller status
- Account suspension[8]

39.     Because eBay forces sellers to accept payment cards, it forces sellers to use either a Premier or Business account and thus pay fees for bank transfers.

40.     The use of a PayPal Premier and or Business account obliges the seller to pay fees for both stored-value payment transactions and payment card transactions as follows[9]

| | Standard Rate | Merchant Rate (qualification required) | | |
|---|---|---|---|---|
| Monthly Received Payment | $0.00 - $3,000.00 | $3,000.01 – $10,000.00 | $10,000.01 – $100,000.00 | >$100,000.00 |

---

[6]     *See* "Rules for Listings – Overview," found at http://pages.eBay.com/help/policies/listing-ov.html (undated).

[7]     *See* "User Agreement for PayPal™ Service," available at https://www.paypal.com/cgi-bin/webscr?cmd=p/gen/ua/policy_pbp-outside (last modified April 11, 2007); *see also* "PayPal Payments Policy," available at http://pages.eBay.com/help/policies/paypal-payments.html (undated) (emphasis added).

[8]     *See* "PayPal Payments Policy," available at http://pages.eBay.com/help/policies/paypal-payments.html (undated).

[9]     *See* "User Agreement for PayPal ™ Service," available at https://www.paypal.com/cgi-bin/webscr?cmd=p/gen/ua/policy_pbp-outside (last modified April 11, 2007)

CLASS ACTION COMPLAINT

| Fees per transaction | 2.9% + $0.30 | 2.5% + $0.30 | 2.2% + $0.30 | 1.9% + $0.30 |
|---|---|---|---|---|

41.    Upon information and belief, the fees paid by sellers for payments received via their own merchant accounts with payment cards are materially less than what sellers pay for transactions executed via PayPal in which the buyers use Visa, MasterCard, American Express, or Discover accounts. Additionally, this tying arrangement now requires sellers to incur transaction fees that prior thereto they were not required to pay.

42.    If given the option, sellers with merchant accounts for payment cards could elect *not* to use PayPal to process purchases made by payment cards but limit PayPal to money transfers. This option would reduce fees sellers pay eBay via PayPal.

43.    Defendant's abuse of its market power forces and has forced Plaintiff and class members to use payment methods that result in fees to Defendant that sellers would *not* pay in a competitive market. Sellers without merchant accounts for payment cards could, if given the option, limit payment to money transfers on their PayPal Personal account and thereby avoid additional charges.

44.    On the heels of its change in policy requiring sellers to accept payment cards whenever using the PayPal service, on or around October 10, 2005, eBay announced it was acquiring Verisign's payment gateway business for a total of $370 million, to combine with its PayPal online payment system.[10] eBay's acquisition of Verisign closed on or around November 21, 2005.[11] The acquisition of Verisign allowed eBay and PayPal the ability to process credit card payments internally, without relying on a bank or other intermediary, while at the same time eliminating Verisign as a rival online payment center.

### 3.    eBay Blocks Competitor Google From Online Auctions

45.    eBay has also abused its monopoly power by foreclosing sellers from using alternative online payment systems on its PayPal and eBay websites.

---

[10]    Available at http://www.verisign.com/verisign-inc/news-and-events/news-archive/us-news-2005/page_035983.html (dated Oct. 10, 2005).
[11]    Available at http://www.verisign.com/verisign-inc/news-and-events/news-archive/us-news-2005/page_036284.html (dated Nov. 21, 2005).

1      46.    On or around June 29, 2006, Google, a dominant online search engine, announced the

2  launch of Google Checkout, an online payment service.[12]  Google Checkout was designed to be

3  similar to PayPal, except users could not maintain an account balance with Google for future

4  transactions, make payments using online bank withdrawals or make consumer-to-consumer

5  payments.  Essentially, Google Checkout allowed credit-card purchases, without the purchaser

6  sharing credit-card information with merchants.

7      47.    Dramatically highlighting the threat to eBay's online banking business, Google's

8  proposed transaction fees were much lower than PayPal's.  Google Checkout promised to only

9  charge merchants $0.20 and 2 percent per transaction.[13]  In addition, Google offered merchants $10

10  worth of free transaction processing for every $1 in advertising they spent on Google.

11      48.    eBay immediately reacted to the threat of Google Checkout.  As described in public

12  reports, Jeff Jordan, the president of PayPal online-payments unit, learned of Google Checkout in

13  May 2006.  According to news reports, he:

> [I]mmediately asked employees to unearth information about the
> Google service.  Soon, PayPal employees were monitoring blogs,
> New reports and other data for information about Google's progress
> in payments.  PayPal staffers even gleaned details about Google's
> plans during regular calls to customers who were eager to dish about
> how Google had reached out to them.

18  Mr. Jordan was quoted as saying  Google Checkout, and presumably Google itself, were "a very

19  legitimate competitive threat."  Mr. Jordan concluded  it was "hard not to pay attention to what

20  Google is doing."[14]

21      49.    On or around July 3, 2006, Google Checkout was available for consumers' user.[15]

22  Only ***three days later,*** July 6, 2006, eBay announced it was ***banning*** sellers from requesting

---

[12]   *See* "Google Checkout Opens for Business," available at http://www.google.com/intl/en/pressrel/checkout.html (dated June 29, 2006).

[13]   *See* "The Rising Tide of Alternative Payment Systems:  These options can change the shopping cart experience." available at http://www.practiceecommerce.com/articles/277/The-Rising-Tide-of-Alternative-Payment-Systems/ (dated Aug. 31, 2006)

[14]   *See* Mylene Mangalindan, "PayPal Prepares For a Challenge From Google," Wall St. J., available at http://online.wsj.com/article_print/PA2VJBNA4R/SB11391829240455647.html. (Feb. 6, 2006).

CLASS ACTION COMPLAINT

1    payment through Google Checkout.[16] eBay updated its "Safe Payments Policy" to reflect this

2    change, and add Google Checkout to its list of online payment methods not permitted on eBay.

3          50.    As stated in eBay's current "Accepted Payments Policy," "Payment Services not

4    permitted on eBay" include "Google Checkout."[17]

5          51.    Recently, eBay announced in 4Q06, PayPal's total payment volume from eBay grew

6    57%. CEO Whitman has acknowledged eBay's continued monitoring of Google Checkout, and the

7    success PayPal had experienced, despite the introduction of Google Checkout into the marketplace

8    (and because of eBay's exclusion of Google Checkout from its auction website):

9                 So let me talk about little bit about Google. And it's interesting, we
                  have obviously been monitoring this quite closely. Interestingly, we
10                have really had a great quarter at PayPal: $417 million in revenue,
                  37% year-over-year growth, 133 million accounts, $11 billion in total
11                payment volume; it was a remarkable quarter.
12                What we have seen and this is very interesting and you probably
                  have seen this when you look at other industries, is that when a new
13                entrant comes into a category and creates a lot of interest and news,
                  the market leader is typically the beneficiary. That actually we
14                believe is evidenced by our results in the quarter.[18]

15         52.    eBay's monopoly and anticompetitive activities have resulted in the near-universal

16    acceptance of PayPal by eBay sellers as a method of payment.

17                **4.    eBay Continues to Steer Sellers and Buyers to Use PayPal**

18         53.    In January 2007, eBay again tightened the noose around the necks of sellers wishing

19    to operate outside the confines of the PayPal online payment system. On January 17, 2007, eBay

20

21

22

23

─────────────────────────────

24    [15]     See The Rising Tide of Alternative Payment Systems: These options can change the shopping cart experience,
      available at http://www.practicalecommerce.com/articles/277/The-Rising-Tide-of-Alternative-Payment-Systems/ (dated
25    Aug. 31, 2006).
      [16]     See Ina Steiner, "eBay Bans Sellers from Using Google Checkout," available at
26    http://www.auctionbytes.com/cab/ab/y06/m07/i06/s02 (dated July 6, 2006).
      [17]     See "Accepted Payments Policy," available at http://pages.eBay.com/help/policies/accepted-payments-
27    policy.html (undated).

28
      [18]     See eBay's Q4 2006 Earnings Call Transcript, available at http://internet.seekingalpha.com/article/25034 (dated
      Jan. 24, 2007)                                    12
                                      CLASS ACTION COMPLAINT

1  doubled the PayPal Buyer Protection on its website, offering up to $2,000 of coverage for qualified
2  transactions on eBay. In doing so, eBay *eliminated* buyer-protection for non-PayPal transactions.[19]

3      54.    Historically, from 1999 onwards, eBay had a buyer protection program provided
4  buyers coverage of up to $200, less $25 to cover processing costs, in cases of non-shipment or
5  significant misrepresentation of goods. By eliminating coverage for non-PayPal transactions,
6  consumers who pay with checks, money orders, postal orders and bank-to-bank wire transfers no
7  longer have any formal recourse through eBay for non-shipment or misrepresentations occur during
8  the auction process.

9      55.    In order to steer buyers (and, accordingly, sellers) towards PayPal, buyers are now
10 offered coverage up to $2000 (doubled from the previous $1000 coverage available) with qualified
11 sellers who maintain a 98 percent positive feedback rating and have at least 50 feedback points.[20]
12 For all other qualified transactions on eBay, *as long as the item is paid for with PayPal,* PayPal will
13 provide up to $200 of coverage.[21]

14              ## V.    INTERSTATE TRADE AND COMMERCE

15      56.    The activities of eBay, as described herein, were within the flow of, and substantially
16 affected, interstate commerce. In 2006, eBay's annual revenues exceeded $6.0 billion.

17              ## VI.    RELEVANT MARKETS

18      57.    The relevant product markets in this case are: (1) the market for online auctions in the
19 United States; (2) the market for online person-to-person stored-value payment systems for use with
20 online auctions in the United States; and (3) the market for online payment card payment processing
21 for use with online auctions in the United States. The markets referred to above in (2) and (3) are
22 collectively referred to as the market for online auctions. There are substantial barriers to entry in all
23 of these markets. eBay's activities complained of are entirely uniform nationwide.

24

---

25 [19]    *See* Ina Steiner, "eBay Limits Buyer Protection to PayPal-Funded Transactions," available at
   http://www.auctionbytes.com/cab/abn/y07/m01/i10/s01 (dated Jan. 10, 2007)

26

27 [20]    *See* "Purchase protection on eBay – PayPal Buyer Protection," available at http://www.paypal.com/cgi-
   bin/webscr?cmd=_pbp-info-outside (undated).
   [21]    *See* "User Agreement for PayPal™ Service," available at https://www.paypal.com/cgi-
28 bin/webscr?cmd=p/gen/ua/policy_pbp-outside (last modified April 11, 2007)

58.    Throughout the class period, eBay has had a monopoly in the market for online auctions in the United States and in the market for online payment systems used in online auctions.

## VII.    CLASS ACTION ALLEGATIONS

59.    Plaintiff bring this action as a class action under rule 23(b)(1), (2) and (3) of the Federal Rules of Civil Procedure for violations of section 2 of the Sherman Act, 15 U.S.C. § 2.

The class consists of:

> [A]ll auction sellers on eBay who have been required to honor all payment methods encompassed by PayPal in respect to sales on eBay.com beginning four years from the date of the filing of this complaint to the present (the "class"). Defendant, its directors, officers, employees or members of their families are not class members.

The "class period" is four years the date of the filing of this complaint to the present.

60.    The illegal monopolization and tying arrangements have harmed and continue to harm the interests of the vast majority of eBay sellers throughout the United States. The members of the class are so numerous that joinder of all members is impracticable.

61.    Defendant's relationships with the class members and Defendant's enforcement of the tying arrangements with respect to the class members have been substantially uniform. Questions of law and fact will predominately be common to the class.

62.    Plaintiff have no conflicts of interest with other class members and have retained counsel competent and experienced in federal antitrust litigation. Plaintiff and their counsel will fairly and adequately represent the interests of the class.

63.    Defendant's behavior is common to the class, thereby making appropriate final injunctive relief with respect to the class as a whole.

64.    This action is superior to any other method for the fair and efficient adjudication of this legal dispute, as joinder of all members is not only impracticable, but impossible. The damages suffered by certain members of the class are small in relation to the expense and burden or individual litigation and therefore it is highly impracticable for such class members to attempt redress of the wrongful tying arrangements individually. There will be no extraordinary difficulty in the management of this class action. Common questions of law and fact exist with respect to all class members and predominate over any questions solely affecting individual members.

14

65.  Among the questions of law and fact common to the class are:

    a.  the definition of the relevant product and geographic markets;

    b.  whether Defendant has sufficient economic power in the tying market to restrain appreciably competition in the tied product market;

    c.  whether Defendant uses coercion in the market for online payment systems for use in online auctions;

    d.  whether the amount of commerce affected is substantial;

    e.  whether Defendant is abusing its monopoly power and/or is illegally maintaining its monopoly power; and

    f.  whether the practices are ongoing.

## VIII.   CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

**Sherman Act § 2 (Abuse of Monopoly Power and Monopoly Maintenance) for Damages and Injunctive Relief Under 15 U.S.C. §§ 15, 26 Respectively**

66.  Plaintiff repeat and reallege the foregoing allegations as if fully set forth in this paragraph.

67.  By reason of the foregoing conduct eBay has willfully acquired and maintained monopoly power by engaging in anticompetitive conduct in the market for online payment systems for use in online auctions.

68.  The anticompetitive conduct complained of includes: (i) obliging sellers to accept payment forms carry supracompetitive fees; (ii) intimidating sellers into acceptance of these forms of payment; (iii) seeking to exclude new payment services by destruction or the acquisition of competitors; (iv) excluding or making arcane the use of alternative payment mechanics; and (v) steering buyers to PayPal.

69.  eBay's monopolization conduct has had and/or likely to include the following anti-competitive consequences:

    a.  actual and potential competition in the market for online payment

1    systems for use in online auctions has been injured, limited, reduced,

2    restrained, suppressed, and effectively foreclosed; and

3        b.      eBay sellers accept PayPal have paid or are likely to pay artificially

4    inflated and supra competitive fees.

5    70.    To the extent eBay has sought to achieve any legitimate business purpose through its

6    conduct, it has not used the least restrictive means for doing so, any claimed procompetitive benefit

7    is outweighed by the anticompetitive harm, and any purported legitimate business justifications are

8    mere pretexts for illegal monopoly maintenance.

9    71.    As a result of eBay's violations of section 2 of the Sherman Act, Plaintiff and the

10    other class members have been and are being injured in their business and property in amounts to be

11    determined.

12    72.    Such violations and the effects thereof are continuing and will continue unless the

13    injunctive relief requested is granted. Plaintiff have no adequate remedy at law.

14    **SECOND CLAIM FOR RELIEF**

15    **Sherman Act § 2 (Attempted Monopolization) for**
**Damages and Injunctive Relief Under 15 U.S.C. §§ 15, 26 Respectively**

16

17    73.    Plaintiff repeat and reallege the foregoing allegations as if fully set forth in this

18    paragraph.

19    74.    eBay has had a specific intent to achieve monopoly power in the market for online

20    payment systems for use in online auctions.

21    75.    By reason of the foregoing conduct, eBay has achieved a dangerous probability of

22    monopoly power in the market for online payment systems for use in online auctions.

23    **THIRD CLAIM FOR RELIEF**

24    **Sherman Act § 2 (Tying) for**
**Damages and Injunctive Relief Under 15 U.S.C. §§ 15, 26 Respectively**

25

26    76.    Plaintiff repeat and reallege the foregoing allegations as if fully set forth in this

27    paragraph.

28

77.     By reason of the foregoing conduct, eBay has limited the sale of a distinct "typing" product, *i.e.*, PayPal's person-to-person stored-value transactions, to sellers who buy a second distinct "tied" product, *i.e.*, PayPal's payment card transaction.

78.     At all relevant times, eBay had monopoly power and/or market power and/or economic power in the relevant tying markets sufficient to force Plaintiff and the other class members to purchase and accept the payment card processing product offered by PayPal.

79.     The continued employment of the tying arrangement achieves no legitimate efficiency benefit to counterbalance its anticompetitive effect of for closing competition for various payment methods.

80.     Plaintiff and the other class members have been and are being forced to buy and accept PayPal fees at supracompetitive prices.

81.     The ability of Plaintiff and the other class members to sell items on eBay via superior and less-costly payment systems has been effectively and substantially reduced, limited, and foreclosed by the conduct complained of herein.

82.     eBay intended by its actions to:

    a.    force Plaintiff and the other class members into buying, accepting, and receiving both PayPal's person-to-person stored-value transactions and payment card processing services;

    b.    reduce, limit, and foreclose merit competition in the product markets for online payment systems for use in online auctions; and

    c.    injure and eliminate competition in the product markets for online payment systems.

83.     eBay's tying conduct has had and/or is likely to have, among other things, the following effects:

    a.    actual and potential competition in the online payment systems markets for online auctions has been injured, limited, reduced, restrained, suppressed, and effectively foreclosed; and

b.  eBay sellers accept PayPal have paid or are likely to pay artificially inflated prices caused by reduced competition.

84.    As a result of eBay's violations of section 2 of the Sherman Act, Plaintiff and the other class members have been injured in their business and property in amounts to be determined.

85.    Such violation and the effects thereof are continuing and will continue unless the injunctive relief requested is granted.   Plaintiff have no adequate remedy at law.

**FOURTH CLAIM FOR RELIEF**

**Unfair Competition Law – Business & Professions Code §§ 17200 *et seq.***

86.    Plaintiff repeat and reallege the foregoing allegations as if fully set forth in this paragraph.

87.    By reason of the foregoing conduct, eBay has engaged in unlawful, unfair and deceptive business practices, as defined by Cal. Bus. and Prof. Code §§ 17200, *et seq.*

88.    eBay's conduct complained of herein constitutes and unlawful business practice within the meaning of Cal. Bus. and Prof. Code §§ 17200 *et seq.,* in  the conduct violates federal, state, statutory, regulatory, or common law including, but not limited to the Sherman Act. Specifically, as alleged herein, eBay has:

a.  Attempted, with specific intent, to monopolize the market for online payment systems for use in online auctions;

b.  Willfully acquired monopoly power and maintained it by suppressing competition in the market for online payment systems for use in online auctions through restrictive and exclusionary conduct;

c.  Engaged in conduct that coerced market participants into transacting business with eBay; and

d.  Forced sellers on eBay, through a tying arrangement, to pay supracompetitive prices for PayPal fees.

89.    eBay's anticompetitive conduct as described herein violates not only the unlawful prong of Cal. Bus. and Prof. Code §§ 17200 *et seq.,* it also constitutes a violation of Cal. Bus. and Prof. Code § 17200's "unfair" prong, independent of the other causes of action asserted herein.

1    eBay's misleading statements on its website and attempts to dupe buyers into using PayPal is

2    conduct that offends public policy and the practice is immoral, unethical, oppressive, unscrupulous

3    and substantially injurious to consumers.  Any justification for eBay's practices is outweighed by the

4    consequences and harm to Plaintiff and class members.

5          90.    eBay's conduct constitutes an unfair business practice within the meaning of Cal.

6    Bus. and Prof. Code §§ 17200 *et seq.* for the following additional reasons:

7                a.    The consumer injury resulting from eBay's malfeasance is substantial.

8                      Consumers have been forced to pay supracompetitive PayPal fees that

9                      resulted from eBay's misconduct;

10               b.    This injury to consumers is not outweighed by any countervailing benefits to

11                     consumers or competition; and

12               c.    Consumers could not reasonably have avoided the injury resulting from

13                     eBay's conduct.

14         91.    The conduct alleged herein is "business practice" within the meaning of Cal. Bus. and

15    Prof. Code §§ 17200 *et seq.*

16         92.    Plaintiff and the class have suffered actual damages in the form of actionable losses

17    of money and damage to property as a direct and proximate result of eBay's unfair and unlawful

18    commercial practices.  Plaintiff and members of the class are accordingly entitled to equitable relief

19    in the form of appropriate injunctive relief, restitution and/or disgorgement of all earnings, profits,

20    compensation and benefits obtained by eBay as a result of such wrongful practices.

21         93.    Accordingly, Plaintiff, on behalf of themselves and all others similarly situated,

22    request relief including but not limited to:

23               a.    a judicial determination and declaration be made of the rights of Plaintiff and

24                     the class members, and the corresponding responsibilities of Defendant;

25                     and

26               b.    that eBay be required to pay restitution to Plaintiff and to all members of the

27                     class of an funds acquired by means of any act or practice declared by this

28                     Court to be an unlawful and unfair business practice.

1

## IX.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of themselves and the other class members, prays for judgment as follows:

A.     Declaring this action to be a proper class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of the class, defined herein, declaring Plaintiff to be adequate representatives of that class, and declaring Plaintiff' counsel to be counsel to the class;

B.     Adjudging and decreeing that throughout the class period eBay illegally monopolized and maintained a monopoly in violation of section 2 of the Sherman Act, 15 U.S.C. § 2;

C.     Adjudging and decreeing that throughout the class period eBay illegally attempted to monopolize a market in violation of section 2 of the Sherman Act, 15. U.S.C. § 2;

D.     Adjudging and decreeing that throughout the class period eBay violated Cal. Bus. and Prof. Code §§ 17200 *et seq.*;

E.     Awarding judgment against eBay, in an amount to be proved at trial, treble interest, plus attorneys' fees, costs, and interest as allowable by law, for eBay's violations of the Sherman Act and applicable California law;

F.     Enjoining eBay from continuing with its anticompetitive behavior (including the tie and the monopoly maintenance of the online payment services market) in violation of the Sherman Act;

G.     Granting Plaintiff and to the other class members such other relief that the Court may consider necessary or appropriate to restore competitive conditions in the markets affected by eBay's unlawful conduct; and

H.     Granting such other relief as the Court may deem just and proper.

CLASS ACTION COMPLAINT

1

2                        X.   **JURY DEMAND**

3       Plaintiff hereby demands a trial by jury on all issues triable by jury.

4       Dated: June 23, 2007

5                                          By: _Reginald Terrell_____
                                               Reginald Terrell
6

7                                          DONALD AMAMGBO, ESQ.
                                           AMAMGBO & ASSOCIATES
8                                          7901 Oakport Street, Suite 4900
                                           Oakland, California 94621
9                                          Telephone:  (510) 615-6000
                                           Facsimile:   (510) 615-6025
10

11                                         REGINALD TERRELL, ESQ.
                                           THE TERRELL LAW GROUP
12                                         223 25th Street
                                           Richmond, California 94804
13                                         Telephone:  (510) 237-9700
                                           Facsimile:   (510) 237-4616
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28