**E-filed 1/8/08**

Michael F. Tubach (S.B. #145955) – mtubach@omm.com
Thomas P. Brown (S.B. #182916) – tbrown@omm.com
Julie D. Wood (S.B. #242147) – jwood@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

Richard G. Parker (S.B. #62356) – rparker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:     (202) 383-5300
Facsimile:     (202) 383-5414

Attorneys for Defendant
eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No. C 07-01882 (JF)<br><br>**NOTICE TO COURT AND CLERK REGARDING CASE FOR CONSOLIDATION**<br>AND ORDER CONSOLIDATING CASES |

Pursuant to the Stipulation and Case Management Order No. 1 in this case ("Case Management Order No. 1"), eBay files this Notice to inform the Court and the Clerk that a case related to this one has been filed in the Northern District of California, San Jose Division. Case Management Order No. 1 is attached as Appendix A to this pleading.

The new case has been docketed as *Malott v. eBay, Inc.,* No. 07-cv-05945, and it "arises out of the subject matter" of the cases against eBay consolidated in *In re eBay Seller Antirust Litigation*, Case No. C 07-01882 (JF). Pursuant to paragraph 7(b) of Case Management Order No. 1, *Malott* should be consolidated into this case.

Dated: December 27, 2007

                             RICHARD G. PARKER
                             MICHAEL F. TUBACH
                             THOMAS P. BROWN
                             JULIE D. WOOD
                             O'MELVENY & MYERS LLP


                             By: /s/Julie D. Wood
                                  Julie D. Wood

                             *Attorneys for Defendant*
                             eBay Inc.

1/8/08

IT IS SO ORDERE.

                             JUDGE JEREMY FOGEL, US DISTRICT COURT

- 2 -

NOTICE TO COURT AND CLERK RE CASE FOR CONSOLIDATION — C-07-01882 JF